ROGER N. GOLDEN (SBN 61294) Email: rngolden@earthlink.net
ROGER N. GOLDEN, A Professional Corporation
6303 Owensmouth Ave, 10th Floor
Woodland Hills, CA 91367
Telephone:    (818) 707-1528

DAVID B. GOLUBCHIK (SBN 185520) Email: dbg@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys For Plaintiff

FILED & ENTERED

AUG 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No. 2:08-bk-27142-SB |
| CARSON HOM, an individual | CHAPTER 7 |
| Debtor | |
| AMAY'S BAKERY & NOODLE CO., INC., | Adv No. 09-01027-SB |
| Plaintiff, | **JUDGMENT AFTER TRIAL ON SECOND CAUSE OF ACTION UNDER 11 U.S.C. § 523(a)(6)** |
| Vs. | |
| CARSON HOM, | Trial:<br>Date: August 12, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 1575 |
| Defendant. | |

A trial was held on August 12, 2010 at 10:00 a.m., before the Honorable Samuel Bufford, United States Bankruptcy Judge, on the issue of whether Carson Hom ("Carson"), the defendant in the above-referenced adversary proceeding, caused injury to Amay's Bakery & Noodle Co., Inc. ("Amay's") or property of Amay's, the plaintiff in the above-referenced adversary

1

proceeding, "without just cause or excuse" for purposes of nondischargeability of debt pursuant to 11 U.S.C. § 523(a)(6). Appearances were as set forth on the Court's record.

This Court, having considered the declarations of expert witnesses of Carson and Amay's, the live testimony during the pendency of the trial, prior pleadings and documents filed in this adversary proceeding, including, without limitation, Amay's motion for summary judgment, which was granted in part, the entire record herein, the statements, representations and argument of counsel at the trial, having found that Carson caused injury to Amay's or property of Amay's "without just cause or excuse," and good cause appearing,

**IT IS HEREBY ORDERED, JUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Amay's and against Carson on the Second Cause of Action asserted in Amay's Complaint For Nondischargeability Of Particular Debts [11 U.S.C. §§523(a)(4) and (6)] (the "Complaint");

2. Amay's claims as against Carson, as asserted in Carson's bankruptcy case, are deemed nondischargeable for all purposes pursuant to 11 U.S.C. § 523(a)(6);

3. Nothing set forth herein shall affect the First Cause of Action in the Complaint for nondischargeability pursuant to 11 U.S.C. § 523(a)(4); and

4. A further status conference shall be held in this adversary proceeding on October 26, 2010 at 9:30 a.m.

### 

DATED: August 27, 2010

_____
United States Bankruptcy Judge

2

| In re:<br>CARSON HOM,                                    Debtor(s).<br>AMAY'S BAKERY & NOODLE CO., INC. v. CARSON HOM, | CHAPTER  11<br>CASE NUMBER 2:08-bk-27142-SB<br>ADVERSARY NUMBER 09-0127-SB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described **JUDGMENT AFTER TRIAL ON SECOND CAUSE OF ACTION UNDER 11 U.S.C. § 523(a)(6)**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

n/a                                                                                        ☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 18, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

***VIA U.S. MAIL***
Steven Schwaber, Esq.
2600 Mission Street #100
San Marino, CA 91108                                            ☐   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 18, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**COURTESY COPY SERVED VIA ATTORNEY MESSENGER DELIVERY:**
Hon. Samuel Bufford
United States Bankruptcy Court
Central District of California
Los Angeles Division
255 E. Temple Street, Ctrm 1575
Los Angeles, CA  90012                                            ☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re  CARSON HOM,<br>AMAY'S BAKERY & NOODLE CO., INC. v. CARSON HOM,<br>                                                                                           Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:08-bk-21292-SB<br>ADV. PROC NO. 2:09-01027-SB |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **JUDGMENT AFTER TRIAL ON SECOND CAUSE OF ACTION UNDER 11 U.S.C. § 523(a)(6)** was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING</u> ("<u>NEF</u>")**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 27, 2010**  the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* David B Golubchik     dbg@lnbrb.com
* Steven A Schwaber     schwaberlaw@sbcglobal.net, bklawr@bklaw.com
* United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐   Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                                                    **F 9021-1.1**